NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROLYN D. SHOCKNESS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3022

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090689-I-3.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

   (2)  The Board should calculate its brief due date from the date the petitioner serves her initial brief or from the date of issuance of this order, whichever is later.

FOR THE COURT

FEB 0 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Carolyn D. Schockness
     Charlie Kersten, Esq.
     David S. Brooks, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2011

JAN HORBALY
CLERK
